JAMES L. PAGE, Respondent, *v.* BESSIE A. PAGE, Appellant

(Argued April 10, 1931; decided May 12, 1931.)

*H. H. Bacon* for appellant.

*Harold J. Tillou* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.